# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MCKINZIE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 19-cv-07720-HSG<br><br>**ORDER DIRECTING THE PARTIES TO FILE CONSENT/DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

The Court **DIRECTS** the parties to file a consent or declination to proceed before a magistrate judge by January 31, 2020. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: 1/15/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge